UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JOE HAND PROMOTIONS, INC.

v.                                                01 11044 GAO

MARIA DELLOROUSSO, and
ROBERT DELLOROUSSO

## JUDGMENT BY DEFAULT

Enter judgment for JOE HAND PROMOTIONS, INC against MARIA DELLOROUSSO and ROBERT DELLOROUSSO in the amount of $10,000.00, $1,500 attorneys fee, for a total of $11,500 plus interest and costs.

ENTER: _____   Date: May 20, 2002
         Deputy Clerk

(See request for Entry of Default for Certification)

Default, USDC Mass

